McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Edward B. Deutsch, Esq.
1300 Mount Kemble Ave.
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Defendant,
Paradigm Global Advisors, LLC

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

------------------------------------------------------X

CHARLES PROVINI,

        Plaintiff,

v.

PARADIGM GLOBAL ADVISORS, LLC,

        Defendant.

------------------------------------------------------X

Civil Action No. 3:08-cv-02918-GEB-JJH

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

RECEIVED
DEC - 5 2008
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

    THIS MATTER having been amicably and fully resolved, the parties, by and between their undersigned counsel, hereby stipulate and agree that:

    (1)    The Complaint filed by Plaintiff against Defendant is hereby dismissed with prejudice; and

    (2)    All of the terms and conditions of the Settlement Agreement and General Release executed by the parties are incorporated herein by reference, as part of this Stipulation of Dismissal.

It is so stipulated and agreed. The parties hereby consent to the form and entry of the within Order.

_____
Edward B. Deutsch, Esq.
MCELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, New Jersey 07962-2075
Tel: (973) 993-8100
*Attorneys for Defendant*

_____
Thomas M. Lenney, Esq.
ARSENEAULT, WHIPPLE, FARMER,
FASSETT & AZZARELLO, LLP
560 Main Street
Chatham, New Jersey 07928
(973) 635-3366
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
Hon. Garrett E. Brown, Jr.
United States District Judge

Dated: December 5, 2008

2